# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN EQUITY MORTGAGE, INC., | ) ) ) | |
| Plaintiff, | ) ) | Case No. 4:08CV1834AGF |
| v. | ) ) | |
| FIRST OPTION MORTGAGE, LLC, | ) ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on Plaintiff's motion to compel Defendant to produce a corporate representative with knowledge as to the topics listed in Plaintiff's deposition notice served on Defendant on June 5, 2009. Plaintiff has supported its motion with documentation showing that the person produced by Defendant did not have the requisite knowledge.

While the topics on the notice of deposition are rather broad, they do all relate to matters relevant to this lawsuit and Defendant did not object to the notice. Nor has Defendant filed a response to Plaintiff's motion to compel within the time allowed for a response.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to compel (Doc. #68) is **GRANTED**. To the extent such testimony has not already been provided, Defendant

shall produce a corporate representative or representatives with the requisite knowledge to address the topics listed on the notice of deposition in question.

                                                  _____
                                                  AUDREY G. FLEISSIG
                                                  UNITED STATES MAGISTRATE JUDGE

Dated this 19th day of November, 2009.