UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AMERICAN EQUITY MORTGAGE, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:08CV01834AGF |
| FIRST OPTION MORTGAGE, LLC, | ) |
| Defendant. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that the parties shall on or before **May 11, 2010**, submit to the Court and to opposing counsel:

(1) their written request for instructions and forms of verdicts, reserving the right to submit requests for additional or modified instructions in light of the opposing party's requests for instructions;

(2) a trial brief stating the legal and factual issues and authorities relied on and discussing any anticipated substantive or procedural problems.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 7th day of May, 2010.